1

2

3

4

5

6                          UNITED STATES DISTRICT COURT
                          WESTERN DISTRICT OF WASHINGTON
7                                    AT SEATTLE

8

9    LON OLIVER,

10              Plaintiff,
                                                    No. C08-473RSL
11        v.
                                                    ORDER TO SHOW CAUSE
12   USS TRANSPORT, LLC and ITB
     GROTON, LLC,
13
                Defendants.
14

15

16        This matter comes before the Court *sua sponte*.  On April 5, 2010, defendants filed

17   several motions in limine (Dkt. ## 27 - 38) and a declaration in support (Dkt. # 39) that, taken as

18   a whole, exceed 50 pages in length.  As of this date, a courtesy copy of these documents has not

19   been provided for chambers.

20        Defendants are hereby ORDERED to show cause why they should not be sanctioned for

21   failure to comply with Local Rule 10(e)(8) and previous orders of this Court, all of which

22   require courtesy copies of lengthy filings for chambers.  Defendants shall immediately deliver a

23   paper copy of the motions and all supporting documents, with tabs or other organizing aids as

24   necessary and clearly marked with the words "Courtesy Copy of Electronic Filing for

25   Chambers," to the Clerk's Office.  Defendants shall respond to this order to show cause no later

26
     ORDER TO SHOW CAUSE- 1

1    than five days from the date of this Order.

2

      DATED this 9th day of April, 2010.

3

4

5

6                   Robert S. Lasnik

7                   United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER TO SHOW CAUSE- 2